IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:97CR294-08 |
| | ) | (Financial Litigation Unit) |
| ERIC SCOTT GRANT, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MCCREARY MODERN, INC., | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment as to McCreary Modern, filed in this case on December 9, 2008, against the defendant Eric Scott Grant is DISMISSED.

Signed: August 9, 2010

Graham C. Mullen
United States District Judge