IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>ERIC SCOTT GRANT<br>    Defendant,<br><br>and<br><br>VANGUARD FURNITURE COMPANY, INC.,<br>    Garnishee. | CASE NO. DNCW3:97CR294-08<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Eric Scott Grant is DISMISSED.

**SO ORDERED**.

Signed: March 13, 2017

_____
David S. Cayer
United States Magistrate Judge